| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) | Case Number 2:10-bk-11603-RJH |
|---|---|
| UNITED STATES BANKRUPTCY COURT District of Arizona | |

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/20/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
BONNIE L FOSTER
5955 WEST MONTE CRISTO AVENUE
GLENDALE, AZ 85306

041171  559 1 SP 0.440  19101 3 8  6483-1-41545

NCO Financial
P.O. Box 41466
Philadelphia PA 19101

NIXIE          191   DE  1          00 04/27/10
                                          2ACS<-
                 RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD
BC: 85003060899          *1297-03908-27-27

## ATTENTION: ADDRESS CORRECTION REQUESTED

United States Postal Service records identified an error in the address the debtor in this case provided to the court. The error indicates that the street address is incorrect.

To ensure correct delivery of future notices from the bankruptcy courts, sign up to receive your notices by email.

1. Go to http://ebn.uscourts.gov and select "Get Started Now"

2. When you reach the "Noticing Agreement Additional Names" screen, enter the first line of the incorrect mailing address shown above. On the next screen "Noticing Agreement Additional Addresses" enter the remaining lines of the mailing address shown above. By providing this information, future bankruptcy notices with this incorrect address will be redirected to your email address.

You should register any and all variations of names and addresses in which bankruptcy notices are addressed to you as described in step 2 to ensure that all future bankruptcy notices are transmitted to you by email.

Case 2:10-bk-11603-RJH   Doc 5   Filed 05/07/10   Entered 05/07/10 10:34:59   Desc
Main Document       Page 1 of 1

If you want to continue receiving paper notices from the bankruptcy courts, you may register a

05/06/2010